## NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

## SHERMAN CAR WASH EQUIPMENT COMPANY, Respondent.

No. 14030.

United States Court of Appeals
Sixth Circuit.

March 1, 1960.

Thomas J. McDermott, Assoc. Gen. Counsel, N. L. R. B., Washington, D. C., Thomas Roumell, 7th Regional Director, N. L. R. B., Detroit, Mich., for petitioner.

Kleath A. Kembel, Detroit, Mich., for respondent.

PER CURIAM.

It is ordered that the motion of Petitioner for leave to withdraw without prejudice the National Labor Relations Board's petition for enforcement and certified list in the above case is granted.

## Charles WORTH, Appellant,

v.

## William H. BANNAN, Warden, State Prison of Southern Michigan, Appellee.

No. 13964.

United States Court of Appeals
Sixth Circuit.

Feb. 20, 1960.

Edwin C. Price, Jr., Cincinnati, Ohio, for appellant.

Paul Adams, Atty. Gen., Samuel J. Torina, Sol. Gen., Lansing, Mich., Daniel J. O'Hara, Perry A. Maynard, Asst. Attys. Gen., for appellee.

Before McALLISTER, Chief Judge, and MILLER and CECIL, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties and the arguments of counsel for appellant, and counsel for the appellee in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the order of the District Court be and is hereby affirmed on the Memorandum of Judge Levin denying the petition for the writ of habeas corpus.